IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF USPS FIRST-CLASS PRIORITY MAIL PARCEL IDENTIFIED BY TRACKING #9505 5108 4078 1700 49, ADDRESSED TO ROCKY JONES, ANTIOCH, TN, 37011-2215 | No. 17-MJ-1214 |

## ORDER

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 19th day of December, 2017.

Barbara D. Holmes
United States Magistrate Judge